IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MATTHEW E. HICKEY, | : | |
| Plaintiff, | : | Case No. 3:14-cv-264 |
| v. | : | Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the Social Security Administration, | : | |
| Respondent. | : | |

**ORDER OVERRULING OBJECTIONS (DOC. 14) TO THE REPORT AND RECOMMENDATIONS (DOC. 13); ADOPTING THE REPORT AND RECOMMENDATIONS (DOC. 13) IN THEIR ENTIRETY; AFFIRMING THE COMMISSIONER'S NON-DISABILITY DETERMINATION; AND TERMINATING THIS CASE**

This is an action under 42 U.S.C. § 405(g) for review of the final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for Supplemental Security Income. On July 29, 2015, Chief Magistrate Judge Sharon L. Ovington entered a Report and Recommendations (Doc. 13), which recommended that this Court affirm the Commissioner's non-disability finding. On August 10, 2015, Plaintiff filed Objections (Doc. 14) to the Report and Recommendations. On August 20, 2015, the Commissioner filed a Response (Doc. 15) to Plaintiff's Objections. This matter is therefore ripe for this Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 14) to the Report and Recommendations (Doc. 13) are not well taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report and Recommendations

(Doc. 13) in their entirety, and therefore **AFFIRMS** the Commissioner's non-disability determination. The Clerk is **ORDERED** to terminate this case on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 9, 2015.

                                                s/Thomas M. Rose
                                  _____
                                              THOMAS M. ROSE
                                  UNITED STATES DISTRICT JUDGE